IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR327 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| XINYU ZHOU and YUAN GAO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant, Yuan Gao's Motion to Continue Trial [106].  Counsel needs additional time to complete plea negotiations.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [106] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 28, 2022, is continued to **May 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 3, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**